# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**LLOYD EMERSON EARL PALMER, II**                                 **PLAINTIFF**

v.                  **CASE NO. 4:18-CV-00759 BSM**

**RODDERICK DUNN, et al.**                                                 **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed without prejudice.

IT IS SO ORDERED this 18th day of December 2018.

                                                 _____
                                                 UNITED STATES DISTRICT JUDGE